UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **MICHELE CRECY et al.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 15-CV-1014 |
| ) | |
| **CITY OF KANKAKEE, et al.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

A Report and Recommendation (#20) was filed by the Magistrate Judge in the above cause on July 21, 2015. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#20) is accepted by this court.

(2) Plaintiffs' Motion for Reconsideration of Court's Order Granting City Defendants' Request for Fees (#18) is DENIED.  Further, City Defendants are to be awarded $950.00 in costs and fees associated with the filing of their Motion to Compel.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 2nd day of September, 2015.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE